No. 74–1366. SCHAEFER ET AL. *v.* FIRST NATIONAL BANK OF LINCOLNWOOD ET AL.; and

No. 74–1407. RODMAN & RENSHAW *v.* SCHAEFER ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition. Reported below: 509 F. 2d 1287.

No. 75–1133. EHRET CO. *v.* EATON YALE & TOWNE, INC. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition. 

No. 75–1154. COHEN *v.* ILLINOIS INSTITUTE OF TECHNOLOGY ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition. 

No. 75–6074. D'AMBROSIO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition. 

No. 75–6314. CURL *v.* INTERNATIONAL BUSINESS MACHINES CORP. C. A. 5th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition. 

No. 75–118. NEW JERSEY *v.* PACE. Sup. Ct. N. J. Certiorari denied. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this motion and petition. 

No. 75–903. ALDENS, INC. *v.* KANE, ATTORNEY GENERAL OF PENNSYLVANIA. C. A. 3d Cir. Certiorari denied. MR. JUSTICE WHITE would grant certiorari. 
